**FEDERAL TRADE COMMISSION, Petitioner, v. Thomas E. POWE et al.**

Circuit Court of Appeals, Eighth Circuit.
June 28, 1929.

No. 357.

Robert E. Haley, Chief Counsel, Federal Trade Commission, of Washington, D. C., for petitioner.

PER CURIAM. Order of Federal Trade Commission affirmed, and compliance therewith required, etc., on motion of petitioner.

**D. Walter GEISELMAN, Appellant, v. FARMERS' & MERCHANTS' STATE BANK OF PENDER, NEB., et al.**

Circuit Court of Appeals, Eighth Circuit.
May 18, 1929.

No. 8431.

Eugene D. O'Sullivan, Charles J. Southard, Arthur F. Mullen, and A. M. Morrissey, all of Omaha, Neb., for appellant.
E. P. Smith, W. A. Schall, F. A. Wright, and F. E. Sheehan, all of Omaha, Neb., and Robert G. Fuhrman, of Pender, Neb., for appellees.

PER CURIAM. Appeal dismissed with prejudice, on motion of appellant and consent of appellees.

**M. G. HAGLER et al., Appellants, v. Elliott CAGE, Bankrupt, Appellee.**

Circuit Court of Appeals, Fifth Circuit.
December 2, 1929.

No. 5638.

Geo. A. Byers, of Houston, Tex. (A. C. Wood and Chas. F. Byers, both of Houston, Tex., on the brief), for appellants.
Walter F. Brown, of Houston, Tex., for appellee.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. For reasons stated in the opinion rendered by the District Judge [In re Cage Cotton Co., 32 F.(2d) 533], the decree is affirmed.

**HARTFORD FIRE INSURANCE CO., Appellant, v. Rudolph ELDRACHER et al.**

Circuit Court of Appeals, Eighth Circuit.
September 23, 1929.

No. 8421.

Henry Davis, of St. Louis, Mo., for appellant.
Raymond S. Davis and Patrick Henry Cullen, both of St. Louis, Mo., for appellees.

PER CURIAM. Judgment, as reduced by remittitur, affirmed, with costs, per stipulation of parties.

**W. L. HEMINGWAY, Appellant, v. COMMISSIONER OF INTERNAL REVENUE.**

Circuit Court of Appeals, Eighth Circuit.
October 31, 1929.

No. 8310.

Abraham Lowenhaupt, of St. Louis, Mo., for appellant.
Mabel Walker Willebrandt, Asst. Atty. Gen., and C. M. Charest, Chief Counsel, Bureau of Internal Revenue, and V. J. Heffernan, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for appellee.

PER CURIAM. Decision of Board of Tax Appeals affirmed, per stipulation of parties, and petition for review dismissed, without costs to either party in this court.